UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PATRICK WINKLEMAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION et al.,<br><br>　　　　　　Defendants. | No.  2:13-cv-1480 MCE CKD P (TEMP)<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding pro se with this civil rights action. On December 7, 2015, plaintiff filed a request to dismiss this action. On December 9, 2015, the court ordered defendants to file a response to plaintiff's request. Defendants have filed a statement of non-opposition to plaintiff's request.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff's request to dismiss this action (Doc. No. 38) is granted; and

　　　　2. This action is dismissed without prejudice. See Fed. R. Civ. P. 41(a).

Dated:  December 17, 2015

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ec
wink1480.59